COMMONWEALTH of Pennsylvania, Respondent

v.

Ryan Matthew FLECK, Petitioner

No. 577 MAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

Reed MCCORMICK, Petitioner

v.

No. 560 MAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Jovon Javar DESHIELDS, Petitioner

No. 466 MAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Donohue did not participate in the consideration or decision of this matter.